# CASE ANNOUNCEMENTS

*October 21, 2008*

[Cite as *10/21/2008 Case Announcements*, 2008-Ohio-5425.]

## DISCIPLINARY CASES

**2006–0442.   Dayton Bar Assn. v. Gerren.**
On September 2, 2008, respondent, Nicholas L. Gerren Jr., Attorney Registration Number 0032341, last known business address in Vandalia, Ohio, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order dated September 13, 2006, in which the court suspended respondent for a period of eighteen months with the last six months stayed on conditions.

   Therefore, it is ordered by this court that the probation of respondent is terminated.

   It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

# CASE ANNOUNCEMENTS

*October 21, 2008*

[Cite as *10/21/2008 Case Announcements #2*, 2008-Ohio-5439.]

## MISCELLANEOUS DISMISSALS

**2008–2027.   State ex rel. Myhal v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration of relator's application for dismissal,

   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.